**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>            Plaintiff,<br><br>    vs.<br><br>**ROBERT E BINDER**<br><br>            Defendant. | **CASE NUMBER: 3:18CR61-001**<br><br>**USM Number: 17553-027**<br><br>**DONALD J SCHMID**<br>**DEFENDANT'S ATTORNEY** |

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)

**THE DEFENDANT** admitted guilt to violations of conditions of the term of supervision.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Condition 1, Violation 1 | On or about August 29, 2019, the defendant committed the offenses of Dealing in Methamphetamine in violation of I.C. 35-48-4-2; Possession of Methamphetamine in violation of I.C. 35-48-4-6.1; Possession of a Controlled Substance in violation of I.C. 35-48-4-7; Possession of a Legend Drug in violation of I.C. 16-42-19-13; Possession of a Stolen Vehicle in violation of I.C. 35-43-4-2.5; Resisting Law Enforcement-by means of a vehicle in violation of IC. 35-44.I-3-1; Forgery-Counterfeiting in violation of I.C. 34-43-5-2; and Reckless Driving in violation of I.C. 9-21-8-52, as evidenced by his arrest by Indiana State Police and described in case report 19-ISPC-010222. | August 29, 2019 |
| Condition 3, Violation 1 | On April 18, June 27, July 31, and August 14, 2019, the defendant provided a urine specimen, which was analyzed and yielded positive results for the presence of Methamphetamine and Amphetamine. | August 14, 2019 |
| Condition 12, Violation 1 | On May 2, May 7, May 20, June 4, and June 13, 2019, the defendant failed to participate in drug testing as directed by his probation officer. | June 13, 2019 |
| Condition 10, Violation 1 | As evidenced by Indiana State Police case report 19-ISPC-010222, on or about August 29, 2019, the defendant was traveling in a vehicle with Margaret Ann Sells, a convicted felon and fugitive from justice. | August 29, 2019 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in economic circumstances.

November 1, 2021
Date of Imposition of Judgment

s/ Robert L. Miller, Jr.
Signature of Judge

Robert L. Miller, Jr., United States District Judge
Name and Title of Judge

November 1, 2021
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **24 months** to be served consecutive to the undischarged term of imprisonment imposed in Elkhart Superior Court cause no. 20D03-1909-F2-000031.

The Court makes the following recommendations to the Bureau of Prisons:


The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

    Defendant delivered _____ to _____ at _____,
with a certified copy of this judgment.

 

                              _____
                                UNITED STATES MARSHAL

                     By: _____
                             DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No term of supervised release is imposed.